■ In the Matter of WILLIAM J. SHEA et al., Respondents, against ALEXANDER A. FALK et al., Constituting the Civil Service Commission of the State of New York, et al., Appellants.— Appeal transferred, pursuant to the provisions of section 618 of the Civil Practice Act, and on the court's own

motion, to the Appellate Division, Supreme Court, Third Department, for hearing and determination. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.